# In the United States Court of Federal Claims

No. 19-94C

(E-Filed: February 15, 2019)

| | |
|---|---|
| PLAINTIFF NO. 1, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

On February 13, 2019, defendant filed a motion to suspend proceedings in this case pending resolution of the on-going proceedings in <u>Martin, et al. v. United States</u>, Case No. 13-834C, in which the parties are engaged in damages calculations.  <u>See</u> ECF No. 14.  <u>See also</u> <u>Martin</u>, ECF No. 191 (joint status report).  Defendant contends that "[s]uspending proceedings in this case . . . pending a final decision in <u>Martin</u>, including any appeal, would greatly assist the Court and the parties in the efficient conduct of these proceedings."  ECF No. 14 at 3.

The court does not agree.  The process of calculating damages in <u>Martin</u>, in its current stage, is unlikely to impact the legal issues presented in this case.  Should the posture of <u>Martin</u> change in a manner that would more directly impact this case, the parties may move the court to consider imposing a stay at that time.  As such, defendant's motion to suspend proceedings in this case, ECF No. 14, is **DENIED**.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith  
PATRICIA E. CAMPBELL-SMITH  
Judge
