## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| PLAINTIFF NO. 1, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 19-94C |
| | ) | (Judge Patricia E. Campbell-Smith) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFFS' MOTION TO DISMISS CLAIMS

Pursuant to Rule 41(a)(2) of the Rules of the Unites States Court of Federal Claims, Plaintiffs hereby move to dismiss without prejudice the claims of Plaintiff Nos. 249, 284, 365 and 391.

Respectfully submitted,

OF COUNSEL:

Linda Lipsett
Michael Bernstein
BERNSTEIN & LIPSETT, P.C.
1130 Connecticut Avenue, N.W., Suite 950
Washington, D.C.  20036
(202) 296-1798
(202) 496-0555 facsimile
llipsett@bernsteinlipsett.com
mbernstein@bernsteinlipsett.com

Daniel M. Rosenthal
Alice Hwang
JAMES & HOFFMAN, P.C.
1130 Connecticut Avenue, N.W., Suite 950
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile
dmrosenthal@jamhoff.com
achwang@jamhoff.com

Dated: March 21, 2019

**/s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
BERNSTEIN & LIPSETT, P.C.
1130 Connecticut Avenue, N.W., Suite 950
Washington, D.C.  20036
(202) 296-1798
(202) 496-0555 facsimile
chouse@bernsteinlipsett.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 21st day of March, 2019, a copy of the foregoing "PLAINTIFFS' MOTION TO DISMISS CLAIMS" was filed electronically. I understand that notice of this filing will be sent to all parties, including counsel for the parties in the cases listed above, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**_s/ Jules Bernstein_**
Jules Bernstein